SAM HORNREICH, Respondent, v. MAY HORNREICH, Appellant. (Appeal No. 2.) — Order denying defendant's motion to direct the plaintiff to appear before an official referee for the purpose of being examined as to his financial worth, or in the alternative, that the court fix the alimony at $100 a week for the support of herself and the infant children, the issue of the marriage, and fix a reasonable fee for the prosecution of the defendant's affirmative counterclaim for separation, affirmed, without costs, in view of the disposition made in *Hornreich* v. *Hornreich*, *No. 1* (*ante*, p. 885), decided herewith. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of POWELL CRICHTON, as Executor, etc., of ARCHIBALD R. GARDNER, Deceased, for an Order to Discover Personal Property Belonging to Decedent. POWELL CRICHTON, as Executor, etc., of ARCHIBALD R. GARDNER, Deceased, Appellant; EUGENIE R. GARDNER, Respondent.— Proceeding instituted by the executor of the last will and testament of the decedent for discovery by his widow of money and other personal property allegedly belonging to the decedent. Decree of the Surrogate's Court, Westchester County, unanimously affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ. [173 Misc. 202.]

In the Matter of the Application of HARRY G. PENNY, Appellant, for an Order against JOSEPH A. KIRK, County Treasurer of Suffolk County, New York, Respondent.— Proceeding instituted by petitioner, an exempt volunteer fireman, pursuant to section 22 of the Civil Service Law, for an order directing his reinstatement to the position of clerk in the office of the treasurer of the county of Suffolk, from which position he had been discharged summarily. Order denying appellant's application unanimously affirmed, with ten dollars costs and disbursements. The undisputed facts, in the light of the applicable law, lead to the conclusion that the petitioner was subject to summary discharge by the respondent, the present incumbent of the office of county treasurer. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.